LAURA A. WEIANT, Respondent, *v.* THE ROCKLAND LAKE TRAP ROCK COMPANY et al., Appellants.

*Weiant* v. *Rockland Lake Trap Rock Co.*, 61 App. Div. 383, appeal dismissed.

(Argued October 6, 1902; decided October 14, 1902.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 8, 1901, affirming an order of Special Term which denied a motion to vacate and set aside a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the appeal is unauthorized and the Court of Appeals without jurisdiction to entertain it.

*William McCauley* for motion.

*Wilson Brown, Jr.*, opposed.

Motion granted and appeal dismissed, with ten dollars costs.